1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney

5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7200
7  Fax: (415) 436-7234
   E-Mail: kyle.waldinger@usdoj.gov

8
   Attorneys for Plaintiff

9

**FILED**

**2011 AUG 25 P 2: 08**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 06-0314 EXE
                                       )
14        Plaintiff,                   )
                                       )    NOTICE OF DISMISSAL
15        v.                           )
                                       )
16  RAYSHAWN FORD,                     )
                                       )    SAN FRANCISCO VENUE
17        Defendant.                   )
    _____)

18        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

19  United States Attorney for the Northern District of California dismisses the above Indictment and

20  moves that the Court quash both (1) the arrest warrant issued on or about September 6, 2005, in

21  connection with the Complaint in this case, and (2) the arrest warrant issued on or about May 2,

22  2006, in connection with the Indictment in this case.

23  DATED: August 24, 2011                     Respectfully submitted,

24                                             MELINDA HAAG
                                               United States Attorney
25

26

27                                             MIRANDA KANE
                                               Chief, Criminal Division
28

    NOTICE OF DISMISSAL
    CR 06-0314 EXE

1        Leave is GRANTED to the government to dismiss the Indictment.  It is further

2  ORDERED that the arrest warrants issued on or about September 6, 2005, and May 2, 2006, are

3  hereby QUASHED.

4

5  Date: August 21, 2011

                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 06-0314 EXE           2